Appellant.—Appeal unanimously dismissed, as moot, without costs. (Appeal from order of Supreme Court, Monroe County, Boehm, J.—permanent injunction.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO LIBERTA, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith, 126 AD2d 985).* (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANNY SIMS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith, 126 AD2d 985).* (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ In Matter of TERRY BLIGEN, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Order unanimously reversed, on the law, in accordance with the following memorandum: It was error to settle this record to include the record from an unrelated proceeding. "It is axiomatic that appellate review is limited to the record made at nisi prius and, absent matters which may be judicially noticed, new facts may not be injected at the appellate level *(People ex rel. Martinez v Walters,* 99 AD2d 476, 477; *Block v Nelson,* 71 AD2d 509; *Matter of Wish Realty Corp. v Starr,* 56 AD2d 656)." *(Broida v Bancroft,* 103 AD2d 88, 93). (Appeal from order of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ In the Matter of WARREN JONES, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Order unanimously reversed, on the law, in accordance with same memorandum as in *Matter of Bligen v Kelly* (126 AD2d 989 [decided herewith]). (Appeal from order of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present —Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ In the Matter of WALDON WALKER, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facil-